

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN. TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

November 15, 1974

The Honorable Joe Resweber
Harris County Attorney
Harris County Courthouse
Houston, Texas 77002

Opinion No. H- 450

Re: Notice requirements of
Open Meetings Act.

Dear Mr. Resweber:

You ask what the Board of Trustees of the Mental Health and Mental Retardation Authority of Harris County (Board) must do in order to satisfy the notice requirements of the Open Meetings Act, Art. 6252-17, V. T. C. S.   Your questions are:

> 1. Can matters to be considered by the Commissioners Court, acting as the Board of Trustees of the Mental Health and Mental Retardation Authority of Harris County, be included in the regular Notice of Public Meeting of the Commissioners Court meeting or is a separate notice required for the Mental Health and Mental Retardation Authority of Harris County?

> 2. If such Notice can be combined, how and where should such combined notice be posted?

> 3. If such Notice cannot be combined, how and where should the separate Notice of the Mental Health and Mental Retardation Authority be posted?

Subject to certain specified exceptions, the Open Meetings Act requires every regular, special, or called meeting or session of every governmental body to be open to the public. "Governmental body" is defined in §1(c) of the Act as:

> "Governmental body" means any board, commission, department, committee, or agency within the executive

or legislative department of the state, which is under the direction of one or more elected or appointed members; and every Commissioners Court and city council in the state, and every deliberative body having rule-making or quasi-judicial power and classified as a department, agency, or political subdivision of a county or city; and the board of trustees of every school district, and every county board of school trustees and county board of education; and the governing board of every special district heretofore or hereafter created by law.

Before a governmental body can hold a meeting, notice must be given in the following manner:

Sec. 3A.    (a) Written notice of the date, hour place, and subject of each meeting held by a governmental body shall be given before the meeting as prescribed by this section.

(b) A State governmental body shall furnish notice to the Secretary of State, who shall then post the notice on a bulletin board to be located in the main office of the Secretary of State at a place convenient to the public.

(c) A city governmental body shall have a notice posted on a bulletin board to be located at a place convenient to the public in the city hall.

(d) A county governmental body shall have a notice posted on a bulletin board located at a place convenient to the public in the county courthouse.

In order to answer your questions, we must first determine whether the Board is a state, city or county governmental body. The Texas Mental Health and Mental Retardation Act, Articles 5547-201 through 5547-204, V. T. C. S., authorizes the establishment of community mental health centers

in order to encourage the conservation of mental health in Texas and to foster cooperation for this purpose at both the state and local level. Community centers may be established by a county, a city, a hospital district, a school district or any organizational combination of two or more of these entities.  Article 5547-203, § 3.01.  "The board of trustees of community centers established by a single city,  county, hospital district or school district may be the governing body of the single city, county, hospital district or school district,  or that governing body may appoint from among the qualified voters of the region  to be served a board of trustees consisting of not less than five (5) nor more than nine (9) persons."  Article 5547-203, § 3.02(a).

The Harris County Mental Health and Mental Retardation Authority is created by Harris County, and the Commissioners Court of Harris County serves as its Board of Trustees.  There are differing pronouncements in various Attorney General opinions as to what kind of governmental body a community health center is for purposes of various statutes. However, for purposes of notice under the Open Meetings Act, we believe that it is a county governmental body, and that the purposes of the Act are fully served by county-wide, as opposed to State-wide, notice.

As a county governmental body the Board must post notice of its meetings on a bulletin board located at a place convenient to the public in the county courthouse.  Article 6252-17, § 3A(d).  Each notice must clearly set forth the date, hour, place, and subject of the meeting to be held.  So long as these requirements are met, it would not be impermissible, in our opinion, for notice of a meeting to be held by the county commissioners court to be included in the same document.

## SUMMARY

For purposes of the Open Meetings Act, the Board of Trustess of the Harris County Mental Health and Mental Retardation Authority is a county governmental body and accordingly must

post notice of its meetings on a bulletin board
located at a place convenient to the public in
the county courthouse.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

LARRY F. YORK, First Assistant

DAVID M. KENDALL, Chairman
Opinion Committee

lg